# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY NGUYEN,** | ) Case No. 8:15-cv-00920-DOC-AGR |
| Plaintiff, | ) **ORDER** [16] |
| vs. | ) |
| **CHASE AUTO FINANCE CORP.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this  30th day of November, 2015.

*/s/ David O. Carter*
The Honorable David O. Carter

Order to Dismiss - 1